1   **Marquis Aurbach Coffing**
    Nick D. Crosby, Esq.
2   Nevada Bar No. 8996
    10001 Park Run Drive
3   Las Vegas, Nevada 89145
    Telephone: (702) 382-0711
4   Facsimile: (702) 382-5816
    ncrosby@maclaw.com
5   *Attorneys for Defendant, LVMPD*

6

### UNITED STATES DISTRICT COURT

7

### DISTRICT OF NEVADA

8

| | |
|---|---|
| Jeff Corbett, an individual; John Jenkins, an individual; Scott Murray, an individual; and David Newton, an individual, | Case No.: |
| Plaintiffs, | Eighth Judicial District Court Case No.: A-20-822405-C |
| vs. | **DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S NOTICE OF REMOVAL TO FEDERAL COURT** |
| Public Employees' Retirement System, ex rel. State of Nevada; Las Vegas Metropolitan Police Department, a political subdivision of the State of Nevada; and Does I - X; inclusive, | |
| Defendants. | |

TO: THE UNITED STATES DISTRICT COURT DISTRICT OF NEVADA.

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorneys of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, hereby gives notice of removal of the above-captioned action from the Eighth Judicial District Court of Clark County, Nevada, to the United States District Court for the District of Nevada. Removal of this action is authorized under 28 U.S.C. §§ 1331, 1441, and 1446. The specific grounds for removal are as follows:

1.      LVMPD is a defendant in the above-entitled action commenced in the Eighth Judicial District Court in and for the County of Clark, Case No. A-20-822405-C, Department 22, and is now pending in that court.

/ / /

/ / /

MAC:14687-316 4194097_1 11/23/2020 9:00 AM

*Sidebar (left margin):*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2.      Service of Plaintiffs' Complaint upon LVMPD was made on October 23, 2020 and service of Plaintiff's Amended Complaint upon LVMPD was made on November 19, 2020. Electronically filed and served copies of the Complaint and Amended Complaint are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

3.      Thirty days have not elapsed since LVMPD was served with the Complaint or Amended Complaint in this action.

4.      A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Eighth Judicial District Court of Nevada.

5.      Based on the foregoing, LVMPD removes the above action now pending in the Eighth Judicial District Court of Nevada, in and for the County of Clark, as Case No. A-20-822405-C, to this Court.

6.      All served defendants have agreed to this removal.

Dated this 23 day of November, 2020.

MARQUIS AURBACH COFFING

By: _____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada  89145
*Attorney for Defendant, LVMPD*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-316 4194097_1 11/23/2020 9:00 AM

**<u>CERTIFICATE OF MAILING</u>**

    I hereby certify that on the ___ day of November, 2020, I served a copy of the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT** upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Kevin B. Christensen, Esq.
Evan L. James, Esq.
Laura J. Wolff, Esq.
Christensen James & Martin, Chtd.
7440 W. Sahara Ave.
Las Vegas, NV 89117
*Attorney for Plaintiffs*

Steven D. Wolfson, DA
Civil Division
Robert T. Warhola
Deputy DA
500 So. Grand Central Pkwy.
Las Vegas, NV 89155-2215
Attorneys for Defendant,
*Clark County*

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

_____
An employee of Marquis Aurbach Coffing

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-316 4194097_1 11/23/2020 9:00 AM