CHRISTENSEN JAMES & MARTIN, CHTD.
Kevin B. Christensen, Esq. (175)
Evan L. James, Esq. (7760)
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702)255-1718
*Attorneys for Jeff Corbett, John Jenkins,*
*Scott Murray, and David Newton*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jeff Corbett, an individual; John Jenkins, an individual; Scott Murray, an individual; and David Newton, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Public Employees' Retirement System, ex rel. State of Nevada; Las Vegas Metropolitan Police Department, a political subdivision of the State of Nevada; and Does I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02149-KJD-NJK<br><br>STIPULATION AND ORDER CONTINUING RESPONSE DUE DATES<br><br>FIRST REQUEST |

Undersigned counsel for Plaintiffs and the Public Employees' Retirement System ("PERS") hereby stipulate that due to the workload of Plaintiffs' counsel the response due date for Plaintiffs' response to PERS' Motion to Dismiss (ECF No. 9)

///

///

///

///

///

1  and Motion to Stay Discovery (ECF No. 10) is continued from Thursday, January
2  14, 2021 to Thursday, January 21, 2021.

CHRISTENSEN JAMES & MARTIN

By: */s/ Evan L. James*
Evan L. James, Esq. (7760)
Daryl E. Martin, Esq. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 255-1718
Fax: (702) 255-0871
Email: elj@cjmlv.com;
dem@cjmlv.com
*Attorneys for Plaintiffs*

STATE OF NEVADA ATTORNEY GENERAL

By: */s/ Ian Carr*
Ian Carr, Esq. (13840)
Deputy Attorney General
100 North Carson Street
Carson City, Nevada 89701
Tel: (775) 684-1250
Fax: (775) 684-1108
Email: icarr@ag.nv.gov
*Attorneys for PERS*

IT IS SO ORDERED.

Dated: January 13, 2021

_____
UNITED STATES MAGISTRATE JUDGE
NANCY J. KOPPE