# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFF CORBETT, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>PUBLIC EMPLOYEES' RETIREMENT<br>SYSTEM, EX REL. STATE OF NEVADA,<br>et al.,<br><br>        Defendant(s). | Case No.: 2:20-cv-02149-KJD-NJK<br><br>**Scheduling Order**<br><br>[Docket No. 11] |

Pending before the Court is the joint proposed discovery plan.  Docket No. 11. Concurrently herewith, the Court is issuing an order granting a stay of discovery with respect to Defendant PERS.  With respect to the other parties, the Court **GRANTS** the discovery plan with respect to the proposed deadlines and **SETS** deadlines as follows:

- Initial disclosures:  January 12, 2021
- Amend pleadings/ add parties:  March 4, 2021
- Initial experts:  April 3, 2021
- Rebuttal experts:  May 3, 2021
- Discovery cutoff:  June 2, 2021
- Dispositive motions:  July 2, 2021
- Joint proposed pretrial order:  August 1, 2021, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: January 28, 2021

_____
Nancy J. Koppe
United States Magistrate Judge