# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFF CORBETT, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> PUBLIC EMPLOYEES' RETIREMENT SYSTEM, et al., <br><br> Defendant(s). | Case No. 2:20-cv-02149-KJD-NJK <br><br> **Order** <br><br> [Docket No. 24] |

Pending before the Court is a stipulation to extend the discovery cutoff and subsequent dates, as well as to revive the expired deadlines for expert disclosures. Docket No. 24. The Court **SETS** that stipulation for a telephonic hearing at 1:00 p.m. on August 11, 2021. Counsel may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

The Court will hear argument on the stipulation generally, but counsel must be prepared to discuss specifically whether good cause and excusable neglect exist to revive the expired deadlines for expert disclosures. *See* Local Rule 26-3. Counsel must also be prepared to explain why expert deadlines should be set in the manner proposed, in which expert depositions would not be completed before the discovery cutoff.

IT IS SO ORDERED.

Dated: August 6, 2021

Nancy J. Koppe
United States Magistrate Judge

1