**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for Defendant LVMPD*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jeff Corbett, an individual; John Jenkins, an individual; Scott Murray, an individual; and David Newton, an individual, | Case No.: 2:20-cv-02149-KJD-NJK |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| vs. | (Second Request) |
| Public Employees' Retirement System, ex rel. State of Nevada; Las Vegas Metropolitan Police Department, a political subdivision of the State of Nevada; and Does I - X; inclusive, | |
| Defendants. | |

Defendant Las Vegas Metropolitan Police Department, (the "Department" or "LVMPD"), by and through its counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach; and Plaintiffs, Jeff Corbett, John Jenkins, Scott Murray and David Newton (collectively "Plaintiffs"), by and through their counsel of record, Daryl E. Martin, Esq. of the law firm of Christensen James & Martin, Chtd., respectfully submit this Stipulation and Order to Extend the Dispositive Motion Deadline.

## I. REASONS FOR THE REQUESTED EXTENSION OF TIME

The parties are addressing a discovery dispute that was raised on December 28, 2021 by Plaintiffs. Counsel conducted a meet and confer on January 7, 2022 and discussed the issues raised by Plaintiffs. Pursuant to counsel's meet and confer, and to avoid the need for court intervention in the discovery dispute, Defendants are supplementing certain responses to discovery. In order to avoid having an incomplete discovery record while preparing dispositive

MAC:14687-316 Stipulation and Order to Extend Dispositive Motion deadline (Second Request) 1/18/2022 4:00 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

motions, and to afford time for the parties to resolve the discovery dispute while not losing time to prepare and file dispositive motions, the Parties respectfully request the Court extend the dispositive motion/joint pretrial order deadline in this matter by 60 days.   This extension is brought in good faith and not for purposes of delay and, instead, is sought to allow sufficient time for the parties to successfully resolve the discovery dispute without the need for court intervention, while also allowing sufficient time for the parties to prepare dispositive motions, should they so desire.

## II.   PROPOSED SCHEDULE

With the above in mind, the Parties hereto agree to extend the current Dispositive Motion deadline 60 days from January 27, 2022 to March 28, 2022.

In accordance with LR 26-1(e)(5), the last day to file a Joint Pretrial Order shall be April 27, 2022.   In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motion or upon further Order by the Court extending the time period in which to file the Joint Pretrial Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

This request is not sought for any improper purpose or for the purpose of delay.  The
Parties respectfully submit that the reasons set forth above constitute good cause for the extended
deadlines requested above.

IT IS SO STIPULATED this 18th day of January, 2022.

CHRISTENSEN JAMES & MARTIN, CHTD.    MARQUIS AURBACH

By:___/s/ Daryl E. Martin, Esq._____
 Daryl E. Martin, Esq.
 Nevada Bar No. 6735
 Evan L. James, Esq.
 Nevada Bar No. 7760
 7440 W. Sahara Avenue
 Las Vegas, Nevada 89117
 Email: dem@cjmlv.com
 Tel. (702) 255-1718
 Fax: (702) 255-0871
 *Attorneys for Plaintiffs, Jeff Corbett, John*
 *Jenkins, Scott Murray and David Newton*

By:___/s/ Nick D. Crosby, Esq._____
 Nick D. Crosby, Esq.
 Nevada Bar No. 8996
 10001 Park Run Drive
 Las Vegas, Nevada 89145
 Email: ncrosby@maclaw.com
 Tel. (702) 382-0711
 Fax: (702) 382-5816
 *Attorneys Defendant, for Las Vegas*
 *Metropolitan Police Department*

**ORDER**

**IT IS SO ORDERED.**

DATED this 19th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

*Left margin vertical text:* MARQUIS AURBACH COFFING  10001 Park Run Drive  Las Vegas, Nevada 89145  (702) 382-0711 FAX: (702) 382-5816

MAC:14687-316 Stipulation and Order to Extend Dispositive Motion deadline (Second Request) 1/18/2022 4:00 PM