**CHRISTENSEN JAMES & MARTIN, CHTD.**
Evan L. James, Esq. (7760)
Daryl E. Martin, Esq. (6735)
Dylan J. Lawter (15947)
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel. (702) 255-1718
Fax: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com, djl@cjmlv.com
*Attorneys for Jeff Corbett, John Jenkins,*
*Scott Murray and David Newton*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jeff Corbett, an individual; John Jenkins, an individual; Scott Murray, an individual; and David Newton, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> Public Employees' Retirement System, ex rel. State of Nevada; Las Vegas Metropolitan Police Department, a political subdivision of the State of Nevada; and Does I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:20-cv-02149-KJD-NJK <br><br> **STIPULATION TO EXTEND JOINT PRETRIAL ORDER DEADLINE** <br><br> **(THIRD REQUEST)** |

Pursuant to LR 7-1 and LR IA 6-1, Plaintiffs and Defendant Las Vegas Metropolitan Police Department ("LVMPD") (collectively the "Parties"), acting through their respective counsel of record, respectfully submit this Stipulation to Extend Joint Pretrial Order Deadline, representing their third request to extend the aforementioned deadline.

On March 28, 2023, the Court entered an Order denying Plaintiffs' motion for summary judgment and denying LVMPD's motion for summary judgment in part, leaving two of the Plaintiffs' claims to be resolved at a jury trial. On June 9, 2023, the Court entered an Order to extend the deadline for filing a Joint Pretrial Order. As such, a Joint Pretrial Order is currently

due to be filed on July 24, 2023. The Parties are currently exploring settlement and need additional time. The most recent offer to settle was communicated within the previous seven days.

The Parties have agreed to jointly request the Court's Order extending the deadline for filing the Joint Pretrial Order by a period of 60 days, until September 22, 2023. The proposed extension is being requested in good faith and not for purposes of delay.

| CHRISTENSEN JAMES & MARTIN, CHTD. | MARQUIS AURBACH CHTD. |
|---|---|
| By: /s/ Dylan J. Lawter <br> Dylan J. Lawter, Esq. (NV Bar 15947) <br> 7440 W. Sahara Avenue <br> Las Vegas, Nevada 89117 <br> Email: djl@cjmlv.com <br> Tel. (702) 255-1718 <br> Fax: (702) 255-0871 <br> *Attorneys for Jeff Corbett, John Jenkins, Scott Murray and David Newton* | By: /s/ Nick D. Crosby <br> Nick D. Crosby, Esq. (NV Bar 8996) <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Email: ncrosby@maclaw.com <br> Tel. (702) 382-0711 <br> Fax: (702) 382-5816 <br> *Attorneys for Las Vegas Metropolitan Police Department* |
| DATED: July 21, 2023 | DATED: July 21, 2023 |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

DATED: July 24, 2023

-2-