**CHRISTENSEN JAMES & MARTIN, CHTD.**
Evan L. James, Esq. (7760)
Daryl E. Martin, Esq. (6735)
Dylan J. Lawter (15947)
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel. (702) 255-1718
Fax: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com, djl@cjmlv.com
*Attorneys for Jeff Corbett, John Jenkins,*
*Scott Murray and David Newton*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jeff Corbett, an individual; John Jenkins, an individual; Scott Murray, an individual; and David Newton, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Public Employees' Retirement System, ex rel. State of Nevada; Las Vegas Metropolitan Police Department, a political subdivision of the State of Nevada; and Does I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-02149-KJD-NJK<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to FRCP 41(a)(1)(A)(ii) and the Court's Order [ECF No. 52], Plaintiffs and Defendant Las Vegas Metropolitan Police Department ("LVMPD"), acting through their respective counsel of record, file this stipulation dismissing, with prejudice, all remaining claims asserted in the above-entitled case.

Dated this 28th day of February, 2024.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN, CHTD.** | **MARQUIS AURBACH CHTD.** |
| By: ___/s/ Dylan J. Lawter_____ <br>Dylan J. Lawter, Esq. (NV Bar 15947)<br>*Attorneys for Jeff Corbett, John Jenkins,*<br>*Scott Murray and David Newton* | By: ___/s/ Nick D. Crosby_____<br>Nick D. Crosby, Esq. (NV Bar 8996)<br>*Attorneys for Las Vegas Metropolitan*<br>*Police Department* |

Date __02/28/2024_____

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE